In the Matter of the Claim of GRACE E. SMITH, Respondent, against RUTLEY'S, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ALONZO ROSE, Respondent, against JOHN A. SCOLLAY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board.

SAMUEL DIAMOND, Respondent, v. ALLIANCE INSURANCE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. Rhodes, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of CARRIE MAE TANNER, Respondent, v. CLAUDE KLINE, Appellant.— Order unanimously affirmed, with costs.

THE MERCHANTS' NATIONAL BANK OF PLATTSBURGH, NEW YORK, Respondent, v. R. PRESCOTT & SON, INC., Appellant.— Judgment and orders unanimously affirmed, with costs. [139 Misc. 603.]

LOUIS BOIVIN and Another, Respondents, v. CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs.

BERKSHIRE COAL AND GRAIN COMPANY, Respondent, v. CHARLES SAUNDERS, Appellant.— Order affirmed, with costs. All concur, except Rhodes, J., who dissents and votes for reversal and reinstatement of the verdict on the ground that the plaintiff failed to move for direction of verdict and, therefore, admitted there was question of fact for the jury.

In the Matter of the Application of THOMAS J. LUDDY, Petitioner, for Certiorari Order against FREDERICK STUART GREENE, Superintendent of the Department of Public Works of the State of New York, Respondent.— Determination unanimously confirmed, with ten dollars costs and disbursements.

LUCILLE DUFFY, Respondent, v. ARCHIBALD L. JACKSON, Doing Business under the Assumed Name and Style of TRIPLE CITIES TRACTION COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.